ASK LLP
Joseph L. Steinfeld, Jr.
(*Admitted Pro Hac Vice*)
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121
Telephone: (651) 406-9665

Edward E. Neiger
Brigette G. McGrath
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Email: bmcgrath@askllp.com

Attorneys for Plaintiff, Peter S. Kravitz, Litigation Trustee
for the LHI Liquidation Co., Inc., et al. Litigation Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LHI Liquidation Co., Inc., *et al.*,[1]<br><br>Debtors. | Case No. 13-14050 (MG)<br>(Jointly Administered)<br><br>Chapter 11 |
| Peter S. Kravitz, Litigation Trustee for the LHI Liquidation Co., Inc., et al. Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Allure Jewelry and Accessories, L.L.C.,<br><br>Defendant. | Adv. No. 15-01140 |

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) LHI Liquidation Co. Inc. (f/k/a Loehmann's Holdings Inc.) (9380); (ii) LI Liquidation Co. Inc. (f/k/a Loehmann's, Inc.) (1356); and (iii) LOC Liquidation Co. Inc. (f/k/a Loehmann's Operating Co.) (6681).

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: July 7, 2016        ASK LLP

By:    */s/ Brigette G. McGrath*
Edward E. Neiger
Brigette G. McGrath
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Email: bmcgrath@askllp.com

and

Joseph L. Steinfeld, Jr., MN SBN 0266292
Gary D. Underdahl, MN SBN 0301693
ASK LLP
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121
Telephone: (651) 406-9665 ext. 857
Email: gunderdahl@askllp.com

*Attorneys for Plaintiff, Peter S. Kravitz, Litigation Trustee for the LHI Liquidation Co., Inc., et al. Litigation Trust*